IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Fidelia Orozco,<br><br>        Plaintiff(s),<br>v.<br><br>Sherman Acquisition Limited Partnership,<br><br>        Defendant(s).<br>_____/ | NO. C 04-05001 JW<br><br>**ORDER SETTING DEADLINE FOR FILING RULE 68 OFFER AND STIPULATED PROPOSED JUDGMENT** |

On June 22, 2005, Plaintiff filed an "Acceptance of Defendant Sherman Acquisition Limited Partnership's Rule 68 Offer of Judgment." Since that time, however, there has been no further activity in the case.

Rule 68, Fed.R.Civ.P., requires the parties to file the Rule 68 offer and notice together so that a final judgment may be entered accordingly. Therefore, Plaintiff is hereby ordered to file the offer, notice, and stipulated proposed judgment no later than October 21, 2005. If Plaintiff fails to do so by October 21, 2005, the Court will dismiss the action pursuant to Rule 41(b), Fed.R.Civ.P.

Dated: September 21, 2005                  /s/James Ware
04cv5001rule68                                          JAMES WARE
                                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John Karl Rossman rossmanj@moss-barnett.com
June D. Coleman jcoleman@mpbf.com
Mark Ewell Ellis mellis@mpbf.com
Scott Maurer smaurer@scu.edu

**Dated: September 22, 2005**                              **Richard W. Wieking, Clerk**

**By:   /s/JW Chambers**
            **Ronald L. Davis**
            **Courtroom Deputy**